IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00915-WDM-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRASCEY L. JENNINGS,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to clarify is granted.  Defendant shall refile a proper answer on or before August 12, 2005.

Dated:  August 3, 2005

                                              /s/ Jane Trexler, Secretary/Deputy Clerk