IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-00915-WDM-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRASCEY L. JENNINGS,

    Defendant.

_____

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**
_____

This matter is before me on the plaintiff's Motion for Default Judgment in favor of the United States of America against Trascey L. Jennings.  Default was entered by the Clerk on August 18, 2005.  Plaintiff has presented a verified Certificate of Indebtedness indicating that as of August 22, defendant owes the United States of America $54,113.91 in principal and accrued interest of $880.11, for a total of $54,994.02.  The plaintiff has tendered the original three promissory notes payable to Bank One, Merrillville, NA of Merrillville, Indiana, as follows:

| Date of Promissory Note | Amount of Promissory Note |
| --- | --- |
| 10/29/88 | $4,317.00 |
| 10/01/89 | $7,323.00 |
| 9/7/90 | $8,599.00 |

These notes total an original face value of $20,239.  Because of lack of payment and compound interest, the plaintiff's certificate of indebtedness represents the amount due as set forth above.  Defendant does not contest these amounts. Pursuant to my request the plaintiff provided a revised Declaration confirming these figures.

From August 22, to the date hereof, interest has accrued at the rate of $8.90 per day for a total of $160.20 as of the date hereof.

It is therefore ordered:

1. Judgment in the amount of $55,154.22 shall enter in favor of the United States of America and against Trascey L. Jennings, together with costs totaling $250 and post judgment interest at the current legal rate pursuant to 28 U.S.C. § 1961(b);

2. It is further ordered that the original promissory note on which the complaint in this action was based is merged in this judgment, shall be tendered to the Clerk of this court by plaintiff and cancelled by the Clerk of this court;

3. The cancelled promissory note shall remain a part of the original court file.

DATED at Denver, Colorado, on September 9, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge